UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

                Plaintiff,

-against-

TRANSLATE BIO, INC., RONALD C. RENAUD, JR., OWEN HUGHES, DANIELLA BECKMAN, GEORGE DEMETRI, M.D., JEAN-FRANÇOIS FORMELA, M.D., ROBERT J. MEYER M.D., ROBERT M. PLENGE, M.D., PH.D,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2021

21 Civ. 6895 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate the following actions: 21 Civ. 7060; 21 Civ. 7062; 21 Civ. 7098; 21 Civ. 7239; 21 Civ. 7461.  By **September 22, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel.  Opposition to any such application shall be filed by **September 29, 2021**.

    SO ORDERED.

Dated: September 16, 2021
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge